ELIZABETH MAYO et al., Respondents, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, Impleaded with Others.   (Action No. 1.)

ELIZABETH MAYO et al., Respondents, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. (Action No. 2.)

(Submitted February 26, 1934; decided March 6, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 263 N. Y. 277.)

FRANCIS X. McQUADE, Respondent, *v.* CHARLES A. STONEHAM et al., Appellants.

(Submitted February 26, 1934; decided March 6, 1934.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements.   (See 263 N. Y. 323.)